NUMBERS 13-04-062-CR and 13-04-113-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

EMILIO VILLANUEVA,                                                       Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 148th District Court of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Opinion Per Curiam

         Appellant, EMILIO VILLANUEVA, perfected appeals from judgments entered by
the 148th District Court of Nueces County, Texas, in cause numbers 03-CR-2591-E
and 02-CR-1810-E. Appellant has filed motions to dismiss the appeals. The motions
comply with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motions to
dismiss the appeals, is of the opinion that appellant's motions to dismiss the appeals
should be granted. Appellant's motions to dismiss the appeals are granted, and the
appeals are hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 13th day of May, 2004.